In the Matter of the Petition of CHARLES H. McCARTY, to Have the Surrogate Fix and Determine His Compensation as Attorney for Services Rendered the Estate of SARAH E. CARTY, Deceased. CHRISTINA CARTY, as Executrix, etc., of SARAH E. CARTY, Deceased, Appellant; CHARLES H. McCARTY, Respondent.— Decree of the Surrogate's Court of Kings county, granting the respondent's application, under section 231-a of the Surrogate's Court Act, to have his compensation for services rendered to the estate fixed and determined, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of CHRISTINA CARTY to Compel CHARLES H. McCARTY to Turn over Papers and Securities of SARAH E. CARTY, Deceased. CHRISTINA CARTY, Appellant; CHARLES H. McCARTY, Respondent.— Decree of the Surrogate's Court of Kings county granting on condition the executrix's application to direct the attorney for the estate to turn over the estate papers unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of CARRIE H. ELY for an Allowance Out of the Surplus Income of the Estate of GEORGE C. ELY, an Incompetent. CARRIE H. ELY, Appellant; CITY BANK FARMERS TRUST COMPANY, as Committee of the Property of Said GEORGE C. ELY, an Incompetent, and GEORGE S. ANDERSON, as Committee of the Person of Said GEORGE C. ELY, an Incompetent, Respondents. — Order denying petitioner's application for an allowance out of the incompetent's surplus income affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

In the Matter of the Application of FRANK ROSE, ANTHONY GAMBOLI and JOHN TOMOVICK, Appellants, for a Mandamus Order against VICTOR J. SHANKEY and Others, Constituting the Town Council of the Town of Haverstraw, and the TOWN OF HAVERSTRAW, Respondents.— Order denying petitioners' motion for a peremptory order of mandamus unanimously affirmed as matter of law and not in the exercise of discretion, without costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.